USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

JIMMIE LLOYD,                              :

             Plaintiff,            :           **ORDER**

      - against -                       :           07 Civ. 2466 (DC)

CITY OF NEW YORK et al.,                   :

             Defendants.           :

- - - - - - - - - - - - - - - - - -x

**CHIN, D.J.**

On December 6, 2007, the Court received a letter from plaintiff Jimmie Lloyd requesting an additional 60 days to serve the summons and complaint upon the remaining defendants in this action. Lloyd's request for an extension is granted. All defendants shall be served no later than March 14, 2008.

SO ORDERED.

Dated:    New York, New York
         January 15, 2007

                                     DENNY CHIN
                                     United States District Judge