```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
JIMMIE LLOYD,                       :
                                    :
                Plaintiff,          :
                                    :     ORDER
        - against -                 :
                                    :     07 Civ. 2466 (DC)
DR. LESTER LIEBERMAN, DR. MARSHALL  :
TSE, DR. JANE SANJOSE, and DR.      :
YUNDO PARK,                         :
                                    :
                Defendants.         :
                                    :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-15-09

**CHIN, District Judge**

       Summary judgment motions in this case were evidently due on August 30, 2009. Due to discovery issues, however, no motions were filed.

       Any party who wishes to move for summary judgment must do so by October 5, 2009. Opposition shall be served and filed by November 5, 2009. Replies, if any, shall be served and filed by November 20, 2009.

       The Court hereby advises plaintiff that if defendants move for summary judgment, he must respond. If he fails to do so, the Court will either grant the motion by default or consider it without the benefit of plaintiff's input.

       SO ORDERED.

Dated: New York, New York
          September 15, 2009

                                            DENNY CHIN
                                            United States District Judge